**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1620**

---

PRISCILLA PHILPOT,

       Plaintiff - Appellant,

      v.

MARTIN J. O'MALLEY, Commissioner of Social Security,

       Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:23-cv-00831-GCM)

---

Submitted: November 19, 2024             Decided: November 21, 2024

---

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Priscilla Philpot, Appellant Pro Se. James Austin McTigue, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Priscilla Philpot appeals the district court's order granting the Commissioner's motion to dismiss as premature Philpot's complaint challenging the denial of her request for waiver of recovery of the overpayment of her disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Philpot v. Comm'r of Soc. Sec.*, No. 3:23-cv-00831-GCM (W.D.N.C. May 31, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*